NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE RESEARCH CORPORATION TECHNOLOGIES, INC.

---

2011-1177
(Reexamination No. 90/007,187)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Research Corporation Technologies, Inc. moves to dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

MAR 1 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  J. Michael Jakes, Esq.
     Raymond T. Chen, Esq.

s21

Issued As A Mandate:  MAR 1 7 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK